UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

C.E.W., ET AL.,                          No. 3:13-cv-04516-LB

    Plaintiffs,                      REVISED SCHEDULING ORDER

    v.

CITY OF HAYWARD, ET AL.,

    Defendants.
_____/

The following is the revised schedule:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Updated Joint Case Management Conference Statement | 6/11/2014 |
| Further Case Management Conference | 6/18/2015 at 11:00 a.m. |
| Meet and confer re pretrial filings | 6/18/2015 |
| Pretrial filings due | 6/25/2015 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 7/2/2015 |
| Final Pretrial Conference | 7/16/2015, at 1:30 p.m. |
| Trial | 7/27/2015, at 8:30 a.m. |
| Length of Trial | 5 days |

REVISED SCHEDULING ORDER
No. 3:13-cv-04516-LB

1  The court's intent is to have the parties back for a short CMC after their next settlement
2  conference with Judge Westmore and before they file their pretrial papers.

3  **IT IS SO ORDERED**.

4  Dated: May 12, 2015

_____
LAUREL BEELER
United States Magistrate Judge