1  **JOHN L. BURRIS, Esq. SBN 69888**
   **ADANTE D. POINTER, Esq. SBN 236229**
2  **THE LAW OFFICES OF JOHN L. BURRIS**
   Airport Corporate Center
3  7677 Oakport St., Suite 1120
   Oakland, California 94621
4  T: (510) 839-5200
5  F: (510) 839-3882
   Adante.pointer@johnburrislaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| C.E.W., A MINOR, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST FOR DECEDENT MOHAMMED SHAH, BY AND THROUGH HIS GUARDIAN AD LITEM VALERIE WEAVER; MOHAMMED SHAH, INDIVIDUALLY; AND JANIFER SHAH, INDIVIDUALLY, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HAYWARD, A MUNICIPAL CORPORATION AND DOES 1-50 INCLUSIVE, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS POLICE OFFICERS FOR THE CITY OF HAYWARD, <br><br> Defendants. | Case No. CV 13-4516 (LB) <br><br> **UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT** <br> ORDER <br><br> Date: June 18, 2015 <br> Time: 11:00 a.m. <br> Crtrm: C, 15th Floor <br>         450 Golden Gate Avenue <br>         San Francisco, California <br>         The Honorable Laurel Beeler |

Pursuant to the Court's May 29, 2015 Order, the Parties jointly submit this Updated Joint Case Management Statement detailing their proposed Scheduling Order.

---

C.E.W. et al. v. City of Hayward, et al.              Joint [Proposed] Case Management Scheduling Plan
USDC Case No. CV 13-4516 (LB)              -1-

The Parties met, conferred and submit the following Proposed Case Management Scheduling Order:

**JOINT PROPOSED CASE MANAGEMENT SCHEDULING ORDER**

| | |
|---|---|
| Expert Discovery Cut-Off: | July 17, 2015 |
| Parties to Meet & Confer re: Pre-Trial Statement | ~~August 13, 2015~~ August 5, 2015 |
| File Pre-Trial Statement | ~~August 20, 2015~~ August 13, 2015 |
| Parties to File Objections | ~~August 27, 2015~~ August 20, 2015 |
| Final Pre-Trial Conference | September 3, 2015 ~~or September 10, 2015~~ at 11:00 a.m. |
| Trial | October 5, 2015 ~~or October 13, 2015~~ at 8:30 a.m. |

DATED: June 11, 2015                MICHAEL S. LAWSON, City Attorney

By: /s/ Rafael E. Alvarado Jr.
Rafael E. Alvarado Jr., Assistant City Attorney
Attorneys for Defendant

DATED: June 11, 2015                LAW OFFICES OF JOHN L. BURRIS

By: /s/ Adante D. Pointer
Adante D. Pointer
Attorneys for Plaintiffs

Dated: June 18, 2015



APPROVED
Judge Laurel Beeler