CHAMBERS COPY

Andrew C. Schwartz (State Bar No. 64578)
**CASPER, MEADOWS, SCHWARTZ & COOK**
A Professional Corporation
2121 North California Blvd., Suite 1020
Walnut Creek, California 94596
Telephone: (925) 947-1147
Facsimile: (925) 947-1133
schwartz@cmslaw.com

Karen L. Snell (State Bar No. 100266)
Attorney at Law
102 Buena Vista Terrace
San Francisco, CA 94117
Telephone: (415) 225-7592
Facsimile: (415) 487-0748
ksnell@snell-law.com

Attorneys for Plaintiff
JERROLD ROSENBLATT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERROLD ROSENBLATT,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF HILLSBOROUGH, former HILLSBOROUGH POLICE CHIEF MATT O'CONNOR, HILLSBOROUGH POLICE SERGEANT AHERNE, and DOES 1 through 10,<br><br>    Defendants. | CASE NO. C12-5210LB<br><br>PROPOSED AMENDED CONFIDENTIAL JUROR QUESTIONNAIRE |

CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

ROSENBLATT VS. CITY OF HILLSBOROUGH, ET AL.
PROPOSED AMENDED CONFIDENTIAL JUROR QUESTIONNAIRE

Page 1

CONFIDENTIAL

JUROR QUESTIONNAIRE

Please fill out this form as completely as possible and print clearly. Since we want to make copies for the attorneys and the Court, do not write on the back of any page. If you need more room, continue at the bottom or on the side of the page. Thank you for your cooperation.

1. Your name: _____.

2. Your age: _____.

3. City in which you reside: _____.

4. Your place of birth: _____.

5. Do you rent or own your own home? _____.

6. Are you married or do you have a domestic partner? _____ Yes _____ No

7. Please list the occupation of your spouse or domestic partner. _____
   _____.

8. If you are not married and do not have a domestic partner, are you (circle one, if applicable):

   single     separated     divorced     widowed

9. If you have children, please list their ages and sex and, if they are employed, please give their occupations.
   _____
   _____.

10. What is your occupation and how long have you worked in it? (If you are retired, please describe your main occupation when you were working).
    _____
    _____.

ASPER, MEADOWS, SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

ROSENBLATT VS. CITY OF HILLSBOROUGH, ET AL.
PROPOSED AMENDED CONFIDENTIAL JUROR QUESTIONNAIRE

Page 2

11. Who is (or was) your employer? _____

_____.

12. How long have you worked for this employer? _____.

13. Please describe your education background:

   Highest grade completed: _____

   College and/or vocational schools you have attended: _____

_____

_____.

14. Have you ever had a jury experience? _____ Number of times? _____

   If yes: State/County Court _____ Federal Court _____

   When? _____ Was it a civil or criminal case? _____

   Did any of the juries reach a verdict? _____ Yes _____ No

15. Have you or anyone close to you ever had a positive or negative experience with the police? _____ Yes _____ No

   If yes, please explain: _____

_____

_____.

16. Do you believe that a police officer is more likely to be truthful than a non-police officer? _____ Yes _____ No

17. If any member of your family, or anyone close to you, is a member of law enforcement, please state your relationship with that person and the law enforcement agency. __

_____

_____.

18. Do you have any opinions regarding the use of Tasers by police officers? If you do,

ASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

ROSENBLATT VS. CITY OF HILLSBOROUGH, ET AL.
PROPOSED AMENDED CONFIDENTIAL JUROR QUESTIONNAIRE

Page 3

please briefly describe your opinions. _____

_____

_____.

19. Do you know someone who has been shot with a Taser gun? If you do, please describe the circumstances. _____

_____

_____.

20. Have you had any experience with domestic violence? (your own, family members, co-workers, friends, etc.)? _____ Yes _____ No

    If yes, please explain: _____

    _____

    _____.

21. Have you, or anyone close to you, ever been a plaintiff or defendant in a legal proceeding? _____ Yes _____ No

    If yes, please explain your answer: _____

    _____.

22. Do you think that damages awarded in trial in the last couple of years are generally

    _____ Much too large      _____ Too large      _____ Reasonable

    _____ Much too small      _____ Too small      _____ Don't know/no opinion

23. Please use this space to inform the court of any further information you feel concerns your ability to serve as a trial juror. _____

    _____

    _____.

ASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

ROSENBLATT VS. CITY OF HILLSBOROUGH, ET AL.
PROPOSED AMENDED CONFIDENTIAL JUROR QUESTIONNAIRE

Page 4

Case 3:13-cv-04516-LB Document 100 Filed 09/11/15 Page 6 of 6
Case3:12-cv-05210-LB Document99 Filed01/29/14 Page5 of 5

| | | |
|---|---|---|
| 1 | DATED: January 29, 2014 | By: /s/ - "Andrew C. Schwartz" |
| 2 | | Andrew C. Schwartz, Esq. |
| | | CASPER, MEADOWS, SCHWARTZ & COOK |
| 3 | | Attorney for Plaintiff |
| 4 | | |
| 5 | DATED: January 29, 2014 | By: /s/ - "Ethan Lowry" |
| | | Jeffrey Vucinich, Esq. |
| 6 | | Ethan Lowry, Esq. |
| | | CLAPP, MORONEY, BELLAGAMBA, |
| 7 | | VUCINICH, BEEMAN & SCHELEY |
| | | Attorney for Defendants |


CASPER, MEADOWS,
SCHWARTZ & COOK
2121 N. California Blvd.,
Suite 1020
Walnut Creek, CA 94596
TEL: (925) 947-1147
FAX: (925) 947-1131

ROSENBLATT VS. CITY OF HILLSBOROUGH, ET AL.
PROPOSED AMENDED CONFIDENTIAL JUROR QUESTIONNAIRE

Page 5