### 1.2 CLAIMS AND DEFENSES

To help you follow the evidence, I will give you a brief summary of the positions of the parties at trial. This is a civil lawsuit. On October 5, 2012, Mohammed Shah was shot and killed by City of Hayward Police Officer Allen Neula while Mr. Shah was sitting in the driver's seat of a parked Honda that Officer Neula's onboard computer indicated was a reported stolen car. The plaintiffs are the estate of Mohammed Shaw, the mother of Mohammad Shah (Janifer Shah), and the minor son of Mr. Shah (C.E.W. through his guardian ad litem Valerie Weaver). The plaintiffs bring four claims against Allen Neula.

One, the estate of Mohammed Shaw (through his son C.E.W.) claims that when Allen Neula shot Mohammed Shah, he used excessive force, which violated Mohammed Shah's rights under the Fourth Amendment of the Constitution.

Two, C.E.W. and Janifer Shah claim that when Allen Neula shot Mohammed Shah, he deprived them of their substantive-due-process interest in a familial relationship under the Fourteenth Amendment of the Constitution.

Three, the estate of Mohammed Shaw (through his son C.E.W.) claims that when Allen Neula shot Mohammed Shah, he negligently caused the wrongful death of Mohammed Shah.

Four, the estate of Mohammed Shaw (through his son C.E.W.) claims that Allen Neula used threats, intimidation, and coercion to interfere with Mohammed Shah's right to be free from excessive force in violation of the Fourth Amendment and the laws of the state of California and therefore violated California's Bane Act.

The plaintiffs have the burden of proving these claims.

The defendant denies these claims and contends that Allen Neula's use of force was objectively reasonable under the circumstances, his actions were not negligent, and he did not interfere with the exercise of rights by threats, intimidation, or coercion.