1  JOHN L. BURRIS, (SBN 236229)
   ADANTE D. POINTER, (SBN 236229)
2  **THE LAW OFFICES OF JOHN L. BURRIS**
   Airport Corporate Centre
3  7677 Oakport Street, Suite 1120
4  Oakland, California 94621
   Telephone: (510) 839-5200
5  Facsimile: (510) 839-3882
   john.burris@johnburrislaw.com
6  adante.pointer@johnburrislaw.com

7  Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.E.W., a minor, individually and as successor in interest for Decedent MOHAMMED SHAH, by and through his guardian ad litem VALERIE WEAVER; MOHAMMED SHAH, individually; and JANIFER SHAH, individually,<br><br>                    Plaintiff,<br>vs.<br>CITY OF HAYWARD, a municipal corporation and DOES 1-50, inclusive; individually and in their capacities as POLICE OFFICERS for the CITY OF HAYWARD,<br>                    Defendants, | Case No. C13-04516 LB<br><br>**NOTICE OF SETTLEMENT & [PROPOSED] ORDER**<br><br>Honorable Judge LAUREL BEELER |

TO THE COURT AND ALL PARTIES in the above-entitled action:

   Plaintiffs C.E.W., a minor, individually and as successor in interest for Decedent MOHAMMED SHAH, by and through his guardian as litem VALERIE WEAVER; MOHAMMED SHAH, individually; JANIFER SHAH and Defendants in the above entitled action have reached a settlement resolving all the causes of action in this matter pertaining to Plaintiffs.

Plaintiffs' Exhibit List                                           1
C13-04516 LB

1  The settlement remains contingent upon the parties executing a written settlement agreement. The
2  parties therefore request that future court dates in this action, as they pertain to the Plaintiffs, be
3  vacated from the court's calendar, and that the matter be continued for forty-five (45) days for
4  dismissal.

5      Plaintiffs shall dismiss this action with prejudice upon the execution and performance of the
6  settlement agreement, which is expected to occur within forty-five (45) days.

10  **Date:  October 1, 2015**               **THE LAW OFFICES OF JOHN L. BURRIS**

13                                                               /s/
                                             _____
14                                                **ADANTE D. POINTER**
15                                              **Attorney for Plaintiffs**

# ORDER

**IT IS HEREBY ORDERED** in light of the negotiated settlement between Plaintiffs and Defendants, all future Trial dates are vacated and a status Conference is set for **November ____, 2015.** The parties are ordered to file a Status Conference Statement 7 days prior to the Status Conference advising the court of the status of the settlement or Plaintiffs shall file for Dismissal should the settlement be fully executed.

November 19, 2015 at 11 a.m.

Dated: October 1, 2015

APPROVED
Judge Laurel Beeler

_____
MAGISTRATE LAUREL BEELER
U.S. NORTHERN DISTRICT COURT