**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTE D. POINTER, Esq. SBN 236229**
**THE LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, California 94621
T: (510) 839-5200
F: (510) 839-3882
Adante.pointer@johnburrislaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISON

| | |
|---|---|
| C.E.W., A MINOR, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST FOR DECEDENT MOHAMMED SHAH, BY AND THROUGH HIS GUARDIAN AD LITEM VALERIE WEAVER; MOHAMMED SHAH, INDIVIDUALLY; AND JANIFER SHAH, INDIVIDUALLY, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF HAYWARD, A MUNICIPAL CORPORATION, ALAN NEULA, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS A POLICE OFFICER FOR THE CITY OF HAYWARD AND DOES 1-50 INCLUSIVE, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS POLICE OFFICERS FOR THE CITY OF HAYWARD, <br><br> Defendants. | Case No. CV 13-4516 (LB) <br><br> **REQUEST FOR DISMISSAL OF DEFENDANT ALLEN NEULA WITH PREJUDICE**; ORDER |

Plaintiffs hereby request that Defendant ALLEN NEULA, in his individual and official capacity as a police officer for the City of Hayward, be dismissed from this action with prejudice. Plaintiffs anticipate filing a subsequent Request to Dismiss Defendant CITY OF

---

1  HAYWARD, a municipal corporation from this action with prejudice within the next 30 days
2  subject to the parties fully executing the terms of a Release Agreement.
3
4          IT IS SO AGREED.
5
6
7  Date: 11/11/15                          LAW OFFICES OF JOHN L. BURRIS
8
9                                             /s/ Adanté Pointer
                                            ADANTÉ D. POINTER
10                                          Attorneys for Plaintiffs
11
12 Date: 10/09/15                          CITY OF HAYWARD
13
14                                             /s/ Rafael Alvarado, Jr.
                                            RAFAEL ALVARADO, JR.
15                                          Attorneys for Defendants

# ORDER

IT IS HEREBY ORDERED that Defendant ALLEN NEULA in his individual and official capacity as a police officer for the City of Hayward is dismissed with prejudice from this action.

Date: November 12, 2015

_____
HONORABLE LAUREL BEELER
UNITED STATES DISTRICT JUDGE