**JOHN L. BURRIS, Esq., SBN 69888**
**ADANTÉ D. POINTER, Esq., SBN 236229**
The Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.E.W., A MINOR, INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST FOR DECEDENT MOHAMMED SHAH, BY AND THROUGH HIS GUARDIAN AD LITEM VALERIE WEAVER; MOHAMMED SHAH, INDIVIDUALLY; AND JANIFER SHAH, INDIVIDUALLY,<br><br>Plaintiffs,<br>v.<br><br>CITY OF HAYWARD, A MUNICIPAL CORPORATION AND DOES 1-50 INCLUSIVE, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES AS POLICE OFFICERS FOR THE CITY OF HAYWARD,<br><br>Defendants. | Case No. CV 13-4516 (LB)<br><br>**REQUEST FOR DISMISSAL OF DEFENDANT CITY OF HAYWARD AND DOES 1-50 WITH PREJUDICE**<br>ORDER |

In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntarily dismiss Defendant City of Hayward, a municipal corporation, and Does 1-50. The parties have fully executed the terms of a Release Agreement and dismissal should be granted pursuant to Federal Rule of Civil Procedure 41(a)(2).

REQUEST FOR DISMISSAL

1

IT IS SO AGREED.

Dated:  December 14, 2015	**THE LAW OFFICES OF JOHN L. BURRIS**


By_____ */s/Adanté D. Pointer*_____ _

ADANTÉ D. POINTER
*Attorney for Plaintiffs*

Date: December 14, 2015	**CITY OF HAYWARD**


By__/s/Rafael Alvarado_____
RAFAEL ALVARADO, JR.
Attorneys for Defendants

**The Law Offices of John L. Burris**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

REQUEST FOR DISMISSAL

2

**ORDER**

IT IS HEREBY ORDERED that Defendant City of Hayward and DOES 1-50 are dismissed with prejudice from this action.

Date: December 15, 2015           _____

HONORABLE LAUREL BEELER
UNITED STATES DISTRICT JUDGE

The Law Offices of John L. Burris
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200